IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| WORKFLOWONE LLC, | : | CASE NO. 3:13-cv-205 |
| | : | |
| Plaintiff, | : | Judge Rose |
| | : | |
| v. | : | |
| | : | |
| SKIPPRINT, LLC, | : | AGREED ORDER OF DISMISSAL |
| | : | WITH PREJUDICE |
| Defendant. | : | |

The parties, WorkflowOne LLC and SkipPrint, LLC, agree that all claims in this case should be dismissed with prejudice.

It is ORDERED that all claims in the above-referenced case are dismissed with prejudice.  Each party will bear its own respective costs and attorneys' fees.

January 22, 2014                              **s/Thomas M. Rose**

                                                    UNITED STATES DISTRICT JUDGE

AGREED:


| /s/ Joey Liu | /s/ Ronald I. Raether |
|---|---|
| Joey Liu | Ronald I. Raether (006773) |
| ONE, LLP | Trial Attorney |
| 4000 MacArthur Blvd. | Donald E. Burton  (0040553) |
| West Tower, Suite 1100 | FARUKI IRELAND & COX P.L.L. |
| Newport Beach, CA  92660 | 500 Courthouse Plaza, S.W. |
| Email:  jliu@onellp.com | 10 North Ludlow Street |
| | Dayton, OH  45402 |
| John D. Smith, Esq. | Telephone:  (937) 227-3733 |
| Andrew P. Meier, Esq. | Telecopier:  (937) 227-3717 |
| JOHN D. SMITH CO., L.P.A. | Email:  rraether@ficlaw.com |
| 140 N. Main Street, Suite B | |
| Springboro, OH  45066 | Attorneys for Plaintiff |
| Email:  jsmith@johndsmith.com | WorkflowOne LLC |
| Email:  ameier@johndsmith.com | |

Attorneys for Defendant
SkipPrint, LLC



800382.1